# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142742

GEORGE FROMMERT,
      Plaintiff-Appellant,

v

TEERA CONSTRUCTION COMPANY,
      Defendant/
      Cross-Defendant-Appellee,
and

KASCO, INC.,
      Defendant/Cross-Plaintiff.

SC: 142742
COA: 292097
Oakland CC: 2008-090275-NO

_____/

On order of the Court, the application for leave to appeal the December 21, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Loweke v Ann Arbor Ceiling & Partition Co, LLC*, 489 Mich ___ (Docket No. 141168, decided June 6, 2011).

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2011

0706

_____
Clerk